IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>TROPICANA RUSSELL INC., a California corporation, d/b/a MARINA FOOD; INTERNATIONAL LOAN & MORTGAGE CO., a California corporation; COAST MORTGAGE CORP., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-05680-JST<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE; AND RESERVATION AGAINST CO-DEFENDANTS** |

**[PROPOSED] ORDER**

Having reviewed the Stipulation to Dismiss Action With Prejudice and Reservation Against Co-Defendants, and good cause having been shown, this action is dismissed with prejudice as to Defendants INTERNATIONAL LOAN & MORTGAGE CO., a California corporation; and COAST MORTGAGE CORP., a California corporation. The parties shall bear their own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
The Honorable Jon S. Tigar
United States District Court Judge