**ALLACCESS LAW GROUP**
 Irene Karbelashvili, State Bar Number 232223
 irene@allaccesslawgroup.com
 Irakli Karbelashvili, State Bar Number 302971
 irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>Plaintiff,<br><br>vs.<br><br>TROPICANA RUSSELL INC. a California corporation, d/b/a MARINA FOOD<br><br>Defendant. | Case No. 17-cv-05680-JST<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Plaintiff DMITRY YANUSHKEVICH and Defendant TROPICANA RUSSELL INC. a California corporation, d/b/a MARINA FOOD ("Defendant") that this action be dismissed with prejudice with each side bearing his/its own attorneys' fees, litigation expenses, and costs. It is FURTHER STIPULATED and requested by the parties that the Court retain jurisdiction over enforcement of the terms of the settlement agreement, if such enforcement is necessary, in accordance with the provisions of General Order 56.

Respectfully submitted,

| | |
|---|---|
| Dated: August 16, 2018 | /s/ *Irene Karbelashvili* <br> Irene Karbelashvili, Attorney for Plaintiff <br> DMITRY YANUSHKEVICH |
| Dated: August 20, 2018 | /s/ *Laura Flynn* <br> Laura Flynn, Attorney for Defendant TROPICANA RUSSELL INC. a California corporation, d/b/a MARINA FOOD |

**Filer's Attestation**

I, Irene Karbelashvili, hereby attest that I received concurrence of Laura Flynn, Esq. in the filing of this document.

/s/ <i>Irene Karbelashvili</i><br>Irene Karbelashvili

**[~~PROPOSED~~] ORDER**

Having reviewed the above stipulation, and good cause having been shown, this action is hereby dismissed with prejudice with each side bearing his/its own attorneys' fees, costs, and litigation costs. The Court retains jurisdiction over the settlement agreement. The Court Clerk shall close the case file.

**IT IS SO ORDERED**

Dated: August 21, 2018

_____
United States District Judge